UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETSY P ELGAR, | CASE NO. C17-6080RBL |
| Plaintiff, | ORDER |
| v. | |
| PIERCE TRANSIT ADMINISTRATION, GEORGE BUSH, BARACK OBAMA, DONALD TRUMP, | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Betsy Elgar's Motion for Leave to Proceed *in forma pauperis*, supported by her proposed complaint. The complaint is quite difficult to read, because it does not really make sense. Elgar seems to think that she is owed something by Pierce Transit.

> I HAD APPLIED FOR POSITION AS COMMUNITY TRANSPORTATION ADVISORY BOARD. AND MOST ESPECIALLY GOING TO THEIR MONTHLY MEETINGS EVERY MONTH. I APPLIED THREE TIMES BUT THEY ARE DISCRIMINATING AGAINST ME. THEY DON'T LET EVERY EMPLOYEES MOST ESPECIALLY AND BUS DRIVERS TO MAKE ME FEEL SPECIAL AND VERY IMPORTANT PERSON. I BELIEVED THEY STOLEN MY MONEY FOR THE HOMELESS AND LOW INCOME PEOPLE. AND I BELIEVED SOME OF THE BUS DRIVERS ARE TERRORISTS. SOME ARE NICE BUT MOST OF THE BUS DRIVERS ARE NOT FRIENDLY. WHY HIRED THEM WHEN I'M SUPPOSE TO BE THE BOSS OF PIERCE TRANSIT AND SOUND TRANSIT.

[Dkt. #1-1 at 3]

She also seeks the impeachment of Former President Obama and Current President Trump:

> I REQUEST IMPEACHMENT OF DONALD J. TRUMP AS USA PRESIDENT. AND ALSO IMPEACHMENT OF BARACK H. OBAMA

[Dkt. 1-1 at 5]

1       A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

      A *pro se* Plaintiff's complaint is to be construed liberally, but like any other complaint it must nevertheless contain factual assertions sufficient to support a facially plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). A claim for relief is facially plausible when "the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

      Ordinarily, the Court will permit pro se litigants an opportunity to amend their complaint in order to state a plausible claim. *See United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011) ("Dismissal without leave to amend is improper unless it is clear, upon de novo review, that the complaint could not be saved by any amendment.")

Elgar's complaint does not meet this standard. The claims are facially frivolous, and at least with respect to her conspiracy theory claims about the government, there is nothing she can alter or add to state a plausible claim.

Her motion to proceed *in forma pauperis* (and for the appointment of counsel) is therefore **DENIED**. She must pay the filing fee or file a proposed amended complaint **within 21 days** or this case will be dismissed. The only claim that is conceivably viable involves a claim against Pierce Transit, *if* she can articulate plausible claim against them for doing something to her, other than not hiring bus drivers that Elgar suspects may be "terrorists."

Any proposed emended complaint that contains the sorts of claims and theories contained in this version will be dismissed without further notice.

IT IS SO ORDERED.

Dated this 19th day of January, 2018.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge